IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

JO ANN HOFFMAN                                                               PLAINTIFF

v.                          Civil No. 09-5052

KEITH FERGUSON, Sheriff,
Benton County, Arkansas; JEFF
CONNER, Magistrate, Little Flock
City Court; CAPTAIN HUNTER PETRAY,
Benton County Detention Center;
BEVERLY ENGLE, Director, The
Benton County Children's Advocacy
Center; STEVE BELL, Little Flock
Police Department; MIKE ARMSTRONG,
Deputy Prosecuting Attorney,
Benton County                                                                DEFENDANTS

**O R D E R**

Now on this 5th day of June, 2009, comes on for consideration the **Report and Recommendation of the Magistrate Judge, Hon. James R. Marschewski** (document #5, filed April 15, 2009), in this matter, to which no objections have been filed, and the Court, having carefully reviewed said Report and Recommendation, finds that it is sound in all respects, and that it should be adopted *in toto*.

**IT IS THEREFORE ORDERED** that the **Magistrate Judge's Report and Recommendation is adopted *in toto*.**

**IT IS FURTHER ORDERED** that, for the reasons stated in the Magistrate Judge's Report and Recommendation, **Plaintiff's claims against separate defendants Magistrate Jeff Conner, Beverly Engle, and Prosecutor Mike Armstrong are hereby dismissed.** This matter is referred back to Hon. James R. Marschewski for a Report and Recommendation regarding the claims remaining on separate defendants Sheriff Keith Ferguson, Captain Hunter Petray and Steve Bell.

**IT IS SO ORDERED.**

/s/Jimm Larry Hendren
HON. JIMM LARRY HENDREN
UNITED STATES DISTRICT JUDGE