IN THE UNITED STATES FEDERAL COURT
OF THE WESTERN DISTRICT OF ARKANSAS

JO ANN HOFFMANN                                         PLAINTIFF

VS.

SHERIFF KEITH FERGUSON, ET. AL.                         DEFENDANTS

U. S. DISTRICT COURT
WESTERN DISTRICT ARKANSAS
FILED
SEP 20 2010
CHRIS R. JOHNSON, CLERK
BY_____
DEPUTY CLERK

CASE NUMBER **CV 09-5052**

MOTION TO VACATE ORDER OF MARCH 10, 2010,
PURSUANT TO *MIRELES, US 502 AT 11.*

COMES NOW, JO ANN HOFFMANN, plaintiff, pro se in the above case to move for vacating of judgment of the Order of Honorable Erin L. Setser, United States Magistrate Judge, entered 3/10/10 in the above case.

Request is hereby made that the order be dismissed, vacated, or withdrawn for the following reason(s)

1. Reason: Interest of Justice.

2. Reason: Pursuant to page three of Honorable James R. Marschewski's Report and Recommendation in the above case, dated 4/15/09, in Paragraph 3, the US Magistrate specifically states in response to his restriction of judicial immunity, the following to wit:

> ***"Judicial immunity is overcome in two situations:***
>
> ***(1) if the challenged act is nonjudicial; and***
>
> ***(2) if the action, although judicial in nature,
> was taken in complete absence of all jurisdiction.***
>
> ***Mireles, 502 U. S. at 11."***

3. Judge Erin L. Setser ordered in the case of CV 09-5052, as the Order of 3/10/09 indicates in the style of the case.

4. None of the actions presented to Debbie Norwood, the plaintiff's agent, has any

( CV095052MIRELESUS502A11SETSER) 1